UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 JUL -7 PM 4: 11

CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 2:16-cr-93 |
| ) | |
| JOHNATHAN GOODWIN and ) | |
| ANNETTE DUPREE, ) | |
| Defendants. ) | |

### INDICTMENT

### Count 1

The Grand Jury charges that:

In or about June of 2016, in the District of Vermont and elsewhere, the defendants, JOHNATHAN GOODWIN, ANNETTE DUPREE, and others, known and unknown to the Grand Jury, knowingly and willfully conspired to distribute heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C), 846)

A TRUE BILL

_____

(TCD) Eric Miller
United States Attorney
Burlington, Vermont
July 7, 2016

1